S. LANE TUCKER
United States Attorney

ADAM ALEXANDER
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: adam.alexander@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 3:21-cr-00091-TMB-MMS |
| Plaintiff, | ) |
| v. | ) |
| JOHN DANIEL BROOKS, | ) |
| Defendant. | ) |

**SECOND SUPPLEMENT TO GOVERNMENT'S SENTENCING MEMORANDUM**

The court has directed the United States to file a supplement to the previously filed sentencing memoranda at ECF doc. 76 before 1:00pm today, March 9, 2023. ECF doc. 101. The United States previously filed a supplemental notice by and through undersigned counsel on January 18, 2023. ECF doc. 95.

Consistent with that filing, the United States is recommending a sentence that conforms with the plea agreement executed following the last hearing in this matter held on October 4, 2022. ECF doc. 93.

RESPECTFULLY SUBMITTED this 9th day of March, 2023, in Anchorage, Alaska.

S. LANE TUCKER
United States Attorney

 s/ Adam Alexander
ADAM ALEXANDER
Assistant U.S. Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on March 9, 2023,
a copy of the foregoing was served
electronically on:

Jamie McGrady

s/ Adam Alexander
Office of the U.S. Attorney